UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,                                  21-cv-3832 (JGK)

        Plaintiff,                      ORDER

- against -

232 W 14 RESTAURANT CORP., d/b/a THE
CRROKED KNIGHT, AND 232 W 14TH LLC,

        Defendants.

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) Report by _7/2/21_.

SO ORDERED.

Dated:   New York, New York
        June 21, 2021

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2021