```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

KIRAN VUPPALA,                              21-cv-3832 (JGK)

                 Plaintiff,                 ORDER

        - against -

232 W 14 RESTAURANT CORP., d/b/a THE
CRROKED KNIGHT, AND 232 W 14TH LLC,

                 Defendants.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The conference scheduled for June 28, 2021, at 4pm, is adjourned pending review of the Rule 26(f) Report, due July 2, 2021.

**SO ORDERED.**

**Dated:** New York, New York
June 28, 2021

                                            /s/ John G. Koeltl
                                               John G. Koeltl
                                   United States District Judge