# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 15, 2022

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

> Re:     **Vuppala v. 232 W 14 Restaurant Corp. et al., d/b/a The Crooked Knife, et al.**
> **Case 1:21-cv-03832-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter.

On March 16, 2022, an Order of Discontinuance was signed by your Honor [D.E. 27] providing Plaintiff's counsel thirty (30) days within which to reopen this matter, should the settlement not be consummated.

As of this date, the settlement is not yet fully consummated. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until May 15, 2022, to finalize settlement in this matter.

The Court is advised that this is the Plaintiff's first request to extend the dismissal deadline in this case.  Thank you for your attention to this matter.

Yours very truly,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com